```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                               Case No. 14-00258-HWV
Shane M. Shreffler                                                   Chapter 13
Charity L. Shreffler
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner              Page 1 of 2              Date Rcvd: Apr 13, 2018
                              Form ID: ntpasnh           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db/jdb        +Shane M. Shreffler,    Charity L. Shreffler,    1010 Clouser Hollow Road,
                New Bloomfield, PA 17068-8609
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
4436115      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,     P.O. BOX 982235,    EL PASO, TX  79998)
4978206       +Buckley Madole, P.C.,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
4436116       +CHASE,   PO BOX 24696,    COLUMBUS, OH 43224-0696
4496894       +CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,   700 KANSAS LANE,
                MONROE, LA 71203-4774
4436117       +COMENITY BANK/TALBOTS,    PO BOX 182120,    COLUMBUS, OH 43218-2120
4480514        Capital Tax Collection Bureau,    PO Box 60547,    Harrisburg, PA 17106-0547
4436118       +FIFTH THIRD BANK,    5050 KINGSLEY DR,    CINCINNATI, OH 45227-1115
4436119       +FST NTL BK MIFFLINTOWN,    PO BOX 96,    MIFFLINTOWN, PA 17059-0096
4450733       +Fifth Third Bank,    P.O. Box 9013,    Addison, Texas 75001-9013
4447775       +First National Bank of Mifflintown,    P O Box 96,,    Mifflintown, PA 17059-0096
4436125       +SECRETARY OF THE TREASURY,    15TH AND PENN AVENUES NW,    WASHINGTON, DC 20220-0001
4436126       +STEVEN GOULD, ESQUIRE,    OFFICE OF ATTORNEY GENERAL,    FINANCIAL ENFORCEMENT SECTION,
                HARRISBURG, PA 17120-0001
4896740       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
4896741       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4436127       +UNITED STATES ATTORNEY,    HARRISBURG FEDERAL BUILDING,    228 WALNUT STREET, SUITE 220,
                HARRISBURG, PA 17101-1738
4436128       +UNIVERSITY ACCOUNTING SE,    PO BOX 918,    BROOKFIELD, WI 53008-0918
4436129        US DEPT OF JUSTICE,    950 PENNSYLVANIA AVE NW,    WASHINGTON, DC  20530-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4436120       +E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2018 18:51:41      GE MONEY BANK/GAP,
                PO BOX 965005,    ORLANDO, FL 32896-5005
4436121        E-mail/Text: cio.bncmail@irs.gov Apr 13 2018 18:50:58      INTERNAL REVENUE SERVICE,
                PO BOX 7346,    PHILADELPHIA, PA  19101-7346
4436122       +E-mail/Text: unger@members1st.org Apr 13 2018 18:51:13      MEMBERS FIRST FCU,
                5000 LOUISE DRIVE,    MECHANICSBURG, PA 17055-4899
4436123        E-mail/Text: Bankruptcies@nragroup.com Apr 13 2018 18:51:15      NATIONAL RECOVERY AGENCY,
                PO BOX 67015,    HARRISBURG, PA 17106-7015
4436124        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2018 18:51:01      PA DEPARTMENT OF REVENUE,
                DEPARTMENT 280946,    ATTN BANKRUPTCY DIVISION,    HARRISBURG, PA  17128-0946
4470952        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2018 18:51:02
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
4455265        E-mail/Text: bnc-quantum@quantum3group.com Apr 13 2018 18:51:01
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
4455646        E-mail/Text: bnc-quantum@quantum3group.com Apr 13 2018 18:51:01
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +SPECIALIZED LOAN SERVICING, LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:

```
Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing LLC
 ecfmail@mwc-law.com
Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
Martin A Mooney    on behalf of Creditor    Fifth Third Bank tshariff@schillerknapp.com,
 ahight@schillerknapp.com;kcollins@schillerknapp.com
Robert E Chernicoff    on behalf of Debtor 2 Charity L. Shreffler rec@cclawpc.com,
 jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
Robert E Chernicoff    on behalf of Debtor 1 Shane M. Shreffler rec@cclawpc.com,
 jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Shane M. Shreffler
Charity L. Shreffler
fka Charity L. Stoner
**Debtor(s)**

Chapter: 13

Case number: 1:14−bk−00258−HWV

Document Number: 53

Matter: Motion for Mortgage Modification

Specialized Loan Servicing LLC
**Movant(s)**

vs.

Shane M. Shreffler and Charity L. Shreffler
fka Charity L. Stoner and Charles J. DeHart,
III, Trustee
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **May 4, 2018**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 13, 2018 |