United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Shane M. Shreffler  
Charity L. Shreffler  
     Debtors

Case No. 14-00258-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 1     Date Rcvd: May 08, 2018  
Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.  
db/jdb     +Shane M. Shreffler,    Charity L. Shreffler,    1010 Clouser Hollow Road,    New Bloomfield, PA 17068-8609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:  
     Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com  
     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
     James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
     Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com  
     Martin A Mooney    on behalf of Creditor    Fifth Third Bank tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com  
     Robert E Chernicoff    on behalf of Debtor 2 Charity L. Shreffler rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com  
     Robert E Chernicoff    on behalf of Debtor 1 Shane M. Shreffler rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Shane M. Shreffler and Charity L. Shreffler<br>fka Charity L. Stoner<br>    Debtors<br><br>Specialized Loan Servicing LLC,<br>    Movant<br><br>vs.<br><br>Shane M. Shreffler and Charity L. Shreffler<br>fka Charity L. Stoner and Charles J. DeHart,<br>III, Trustee<br>    Respondents | Chapter 13<br><br>Case No. 14-00258- HWV |

## ORDER

Upon Consideration of Specialized Loan Servicing LLC's, Motion for Approval of Loan Modification, and any response thereto, for permission to enter into a Loan Modification, it is hereby

ORDERED that said Motion is GRANTED.

Dated: May 08, 2018

By the Court,

_Henry W. Van Eck_ (signature)

Henry W. Van Eck, Bankruptcy Judge (KB)