In re:  
Shane M. Shreffler  
Charity L. Shreffler  
    Debtors

Case No. 14-00258-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: JGoodling     Page 1 of 1     Date Rcvd: Jun 18, 2019  
                               Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.  
db/jdb        +Shane M. Shreffler,    Charity L. Shreffler,    1010 Clouser Hollow Road, New Bloomfield, PA 17068-8609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:

         Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com, JGoodling@ecf.courtdrive  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         David William Park    on behalf of Creditor    Pennian Bank f/k/a First National Bank of Mifflintown dpark@martsonlaw.com, teckenroad@martsonlaw.com  
         James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
         Jerome B Blank    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC pamb@fedphe.com  
         Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com  
         Johanna Hill Rehkamp    on behalf of Debtor 2 Charity L. Shreffler jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com  
         Johanna Hill Rehkamp    on behalf of Debtor 1 Shane M. Shreffler jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com  
         Kevin S Frankel    on behalf of Creditor    Specialized Loan Servicing LLC pa-bk@logs.com  
         Martin A Mooney    on behalf of Creditor    Fifth Third Bank ahight@schillerknapp.com, kcollins@schillerknapp.com;tshariff@schillerknapp.com  
         Robert E Chernicoff    on behalf of Debtor 2 Charity L. Shreffler rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com  
         Robert E Chernicoff    on behalf of Debtor 1 Shane M. Shreffler rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com  
         Thomas Song    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC pamb@fedphe.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                            TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Shane M. Shreffler,<br>**Debtor 1**<br><br>Charity L. Shreffler,<br>fka Charity L. Stoner,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:14–bk–00258–HWV |

Social Security No.:
    xxx–xx–7223    xxx–xx–7152

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 18, 2019

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk

**fnldec** (05/18)